*David Fay*, for the State.
*Royall Tyler*, for defendant.

———❖———

ABEL ALLIS, Appellant,

*against*

WILLIAM BEADLE, Appellee.

ACTION on promissory note. Indorsee v. indorser.

Plaintiff offered in evidence the original files of the County Court, on several pieces of paper in the action heretofore brought by the indorsee against the drawer of the note, accompanied with a certificate by the Clerk of the County Court, certifying a minute of the judgment in favour of the drawer.

The original files of the County Court, with the clerk's certificate accompanying them, permitted to be read in evidence.

—— —— objected, that certified copies of the entire record ought to have been produced, contain-

ing an exemplification of the whole process and judgment.

*Per Curiam.* It is a very bad practice by the Clerk of the County Court to send his original files and minutes into this Court, and may be attended with manifest inconveniences. Here it was probably intended to save time, as it is probable the Clerk had not made up his records of the last term so as to embrace the cause. But as the originals are manifestly of greater import than the copies, and as they are in this Court, the Court will not inquire how they came here, but will proceed upon them.

Let the files of the County Court, with the certificate of the judgment accompanying them, be read in evidence.